UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HOPKINS,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

Defendants.

No.  2:25-cv-0089 SCR P

ORDER

Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED:  March 2, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE